UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREEPLAY MUSIC, LLC,

        Plaintiff,

- against -

NIAN INFOSOLUTIONS PRIVATE LIMITED,

        Defendant.

---

16 Civ. 5883 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/31/2018

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Lehrburger dated July 10, 2018. There have been no objections to the Report and Recommendation and the time for objections has passed. In any event, the Court finds that the Report and Recommendation is well founded and the Court adopts it.

Therefore, the Clerk is directed to enter a default judgment in favor of the plaintiff and against the defendant and award the plaintiff statutory damages in the amount of $1.1 million without attorneys' fees or costs.

SO ORDERED.

Dated:    New York, New York
           July 31, 2018

                                       John G. Koeltl
                             United States District Judge